## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America

vs.

Herminio Resendis-Marin

CRIMINAL COMPLAINT
CASE: 17-10809M
Citizenship: Mexico

   I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
On or about September 7, 2017 at or near Gu Vo, Arizona, in the District of Arizona, Herminio Resendis-Marin, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Del Rio, Texas on November 10, 2016 and not having obtained the express consent of the Attorney General or Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code 1326(b)(2).

   Herminio Resendis-Marin is a citizen of Mexico. On November 10, 2016, Herminio Resendis-Marin was lawfully denied admission, excluded, deported and removed from the United States through Del Rio, Texas. On September 7, 2017, agents found Herminio Resendis-Marin in the United States at or near Gu Vo, Arizona without the proper immigration documents. Herminio Resendis-Marin did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Herminio Resendis-Marin, an alien, was found by agents in the United States of America without proper immigration documents. Furthermore, Herminio Resendis-Marin admitted to entering the United States of America from the United States of Mexico illegally, without then being inspected by immigration officers, on September 5, 2017, at or near Lukeville, Arizona.

File Date: 09/11/2017

at Tucson, Arizona

Cesar Ponce, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date Signed: 09/11/2017

Bernardo P. Velasco
United States Magistrate Judge

Alien Number: 099 473 653